IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE PRESTON,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-4194** |
| | : | |
| **SOUTH EASTERN PENNSYLAVNIA TRANSPORTATION AUTHORITY,** *et al.*, | : : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 22nd day of September 2021, upon consideration of Defendants South Eastern Pennsylvania Transportation Authority ("SEPTA"), Lemar Graham ("Graham"), Joe Mets ("Mets"), and Sean Bain's ("Bain") Motion to Dismiss (ECF No. 11), Plaintiff George Preston's ("Preston") Response in Opposition (ECF No. 12), improperly labeled as a Motion, and Defendants' Reply Brief (ECF No. 15), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED** and Plaintiff's Amended Complaint is **DIMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated September 22, 2021.